# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| Almaza HABIB EL DIB et al. | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:22-cv-02163-PGB-DAB |
| U.S. Attorney General et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MERRICK B. GARLAND,
ATTORNEY GENERAL OF THE UNITED STATES;
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*KarinaCummings*

Date: November 21, 2022

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Almaza HABIB EL DIB et al. ) <br> ) <br> ) <br> ) <br> _Plaintiff(s)_ ) <br> v. ) <br> ) <br> U.S. Attorney General et al. ) <br> ) <br> ) <br> ) <br> _Defendant(s)_ ) | Civil Action No. 6:22-cv-02163-PGB-DAB |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ UR M. JADDOU, Director
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kristin D. Figueroa-Contreras, Esq., B.C.S.,
        Figueroa-Contreras Law Group, PLLC
        2030 S. Douglas Rd. Suite 204
        Coral Gables, FL 33134
        Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

KarinaCummings

Date: November 21, 2022

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Almaza HABIB EL DIB et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:22-cv-02163-PGB-DAB |
| U.S. Attorney General et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alejandro MAYORKAS, Secretary
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 21, 2022

*Signature of Clerk or Deputy Clerk*

KarinaCummings

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Almaza HABIB EL DIB et al. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:22-cv-02163-PGB-DAB |
| U.S. Attorney General et al. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER WRAY
FBI DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kristin D. Figueroa-Contreras, Esq., B.C.S.,
> Figueroa-Contreras Law Group, PLLC
> 2030 S. Douglas Rd. Suite 204
> Coral Gables, FL 33134
> Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*KarinaCummings*

Date: November 21, 2022

*Signature of Clerk or Deputy Clerk*